No. 02–6668. WATSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–6669. DEJESUS ZUNIGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–6670. AIKEN *v.* DODRILL, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 02–6672. VILLANUEVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6680. SMILEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 02–6681. DOBY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–6682. INMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–6686. TRENNELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–6690. WRIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6692. TANOUIE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–6694. LUTZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–6751. THROWER *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 02–6756. GOMEZ-GALVAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–6773. MORGAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–6783. MARQUEZ-CARREON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 